IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LESLIE MCWILLIAMS                                                                    PLAINTIFF

v.                                         No. 4:24-cv-224-DPM

ENTERPRISE and
ENTERPRISEHOLDINGS                                                       DEFENDANT

ORDER

McWilliams has amended her complaint. *Doc. 6.* The Court must screen it, 28 U.S.C. § 1915(e)(2), to determine whether the amended complaint cures the pleading problems that the Court identified in her original complaint. *Doc. 3.*

Josh Primm, an employee of Enterprise's El Dorado, Arkansas store, reported McWilliams's rental vehicle stolen. *Doc. 6 at 4.* McWilliams, a resident of Charlotte, North Carolina, says Enterprise acted negligently and misapplied "debt collection laws" when it falsely accused her of stealing her rental car resulting in her unlawful arrest.

McWilliams invokes this Court's diversity jurisdiction but has not pleaded facts to establish Enterprise's principal place of business and state of incorporation. *Sanders v. Clemco Industries*, 823 F.2d 214, 216 (8th Cir. 1987). Instead, she again provides the addresses for Enterprise's central office in Louisiana and one of its Arkansas stores. As a result of this defect, she hasn't shown complete diversity of

citizenship. This Court lacks diversity jurisdiction to hear McWilliams's negligence claims.

McWilliams hasn't established federal question jurisdiction, either. While she now alleges that Enterprise violated debt collection laws, she hasn't identified which laws (state or federal) she believes Enterprise violated or how Enterprise violated them.

Because this Court lacks subject matter jurisdiction, McWilliams's amended complaint will be dismissed without prejudice.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 June 2024