IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LESLIE MCWILLIAMS                                                                    PLAINTIFF

v.                                      No. 4:24-cv-224-DPM

ENTERPRISE and
ENTERPRISEHOLDINGS                                                              DEFENDANT

## JUDGMENT

McWilliams's amended complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

25 June 2024